854

No. 100, Misc. DURHAM v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *George A. Schmiedigen* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 14, October Term, 1959. UNITED STATES v. DEGE ET VIR, *ante,* p. 51;

No. 54, October Term, 1959. FLEMMING, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, v. NESTOR, 363 U. S. 603;

No. 61, October Term, 1959. FEDERAL TRADE COMMISSION v. HENRY BROCH & Co., 363 U. S. 166;

No. 138, October Term, 1959. UNITED STATES v. AMERICAN-FOREIGN STEAMSHIP CORP. ET AL., 363 U. S. 685;

No. 139, October Term, 1959. KIMM v. ROSENBERG, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 363 U. S. 405;

No. 143, October Term, 1959. COMMISSIONER OF INTERNAL REVENUE v. EVANS ET UX., *ante,* p. 92;

No. 283, October Term, 1959. HERTZ CORPORATION (SUCCESSOR TO J. FRANK CONNOR, INC.) v. UNITED STATES, *ante,* p. 122;

No. 156, October Term, 1959. MINER ET AL., JUDGES, U. S. DISTRICT COURT, v. ATLASS, 363 U. S. 641;

No. 165, October Term, 1959. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. v. MISSOURI-KANSAS-TEXAS RAILROAD CO. ET AL., 363 U. S. 528; and

No. 208, October Term, 1959. CONNALLY ET AL., EXECUTORS, v. FEDERAL POWER COMMISSION, 363 U. S. 841. Petitions for rehearing denied.